

statement of each element which the Government must prove. The elements, as expressed in the statute, are hardly set forth with sufficient clarity to permit the jury to perform its duty intelligently. . . ."

*Id.* at 97, quoting from *Jackson v. United States*, 121 U.S.App.D.C. 160, 348 F.2d 772, 774 (1965).

It is axiomatic where the instruction is equivocal in a criminal trial the defendant must be given the benefit of doubt as to existing prejudice. *See Bollenbach v. United States*, 326 U.S. 607, 613, 66 S.Ct. 402, 90 L.Ed. 350 (1946).

Here the jury was given the alternative of convicting if they found the defendant possessed a wrongful purpose to disobey the law or even if she did not, as long as they found there did not exist a justifiable excuse for her failure to file. This was clear error and Ms. Pohlman is entitled to a new trial.

Leonard J. Henzke, Jr., Atty. (argued), Tax Div., U. S. Dept. of Justice, Washington, D. C., for defendant-appellant.

Richard F. Gallagher (argued), Great Falls, Mont., for plaintiff-appellee.

**SWANK & SON, INC.,**
**Plaintiff-Appellee,**

v.

**UNITED STATES of America,**
**Defendant-Appellant.**

**No. 74–1131.**

United States Court of Appeals, Ninth Circuit.

Aug. 11, 1975.

OPINION

Before KOELSCH and DUNIWAY, Circuit Judges, and MURPHY,* District Judge.

PER CURIAM:

The question on this appeal is whether the District Judge erred in concluding that the cash bonus received by Taxpayer, a small business corporation under Subchapter S of the Internal Revenue Code of 1954 (26 U.S.C. § 1371 *et seq.*) and the lessor in an oil and gas lease, did not constitute "personal holding company income" under 26 U.S.C. § 1372(e)(5) as it read in 1965, and hence did not operate to terminate Taxpayer's election to be taxed as a small business corporation.

Having carefully considered the matter, we are convinced that the answer is "no" and approve and adopt the well-

* The Honorable Thomas F. Murphy, Senior United States District Judge for the Southern District of New York, sitting by designation.

considered opinion of Judge Smith appearing in 362 F.Supp. 897 (D.Mont. 1973).

Affirmed.

**DHL CORPORATION et al.,**
**Appellants,**

v.

**LOOMIS COURIER SERVICE,**
**INC., Appellee.**

No. 74–1215.

United States Court of Appeals,
Ninth Circuit.

Aug. 7, 1975.